| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Benjamin S. Levine (SBN 342060)<br>blevine@galipolaw.com<br>21800 Burbank Blvd., Suite 310 Woodland Hills, CA 91367<br>Tel: (818) 347-3333/ Fax: (818) 347-4118<br><br>ATTORNEY(S) FOR: Plaintiff Raul Zavala | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAVALA,<br><br>Plaintiff(s),<br>v.<br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-6316<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Raul Zavala
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Raul Zavala | Plaintiff |
| County of Los Angeles | Defendant |

| | |
|---|---|
| July 10, 2025<br>Date | /s/ Dale K. Galipo<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff