**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**HALPERN LAW FIRM**
Loren B. Halpern (SBN 171887)
lbh@halpernlawcorp.com
28632 Roadside Dr, Ste 220
Agoura Hills, CA 91301
Tel: (818) 785-5999
Fax: (818) 609-1342

Attorneys for Plaintiff Raul Zavala

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAVALA,<br><br>                    Plaintiff,<br><br>        v.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.  **2:25-cv-06316-MCS-AGR**<br>*Assigned to Hon. Mark C. Scarsi*<br>*Magistrate: Alicia G. Rosenberg*<br><br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiff hereby submits the proof of service of the Complaint, Summons, and other documents on Defendant County of Los Angeles (attached hereto as Exhibit "A").

DATED: August 20, 2025

LAW OFFICES OF DALE K. GALIPO

By:  */s / Dale K. Galipo*

Dale K. Galipo Attorney for Plaintiff

Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Benjamin S. Levine (SBN 342060)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310  Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO.  \| E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com<br>ATTORNEY FOR *(Name):*  Plaintiff Raul Zavala | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: RAUL ZAVALA<br>DEFENDANT/RESPONDENT: COUNTY OF LOS ANGELES | CASE NUMBER:<br>2:25-cv-06316-AS |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2480615M |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☑ Summons
   - b. ☑ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet
   - e. ☐ Cross-Complaint
   - f. ☑ other *(specify documents):* **CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE**

3. a.  Party served *(specify name of party as shown on documents served):*
   **COUNTY OF LOS ANGELES**

   b. ☑  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Ricky Espinoza, Deputy Clerk, authorized person to accept service of process**

4. Address where the party was served:  **500 West Temple Street, Suite 383**
   **Los Angeles, CA 90012**

5. I served the party *(check proper box)*
   - a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/12/2025**     (2) at *(time):* **11:18 PM**

   - b. ☐ **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

     - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

     - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*                     **or** ☐ a declaration of mailing is attached.

     - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Plaintiff: **RAUL ZAVALA**

Defendant: **COUNTY OF LOS ANGELES**

CASE NUMBER: **2:25-cv-06316-AS**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                    (2) from  *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of  *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of  *(specify):*  **COUNTY OF LOS ANGELES**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                     ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**
   a. Name:  **Anson Howard - Ace Attorney Service, Inc.**
   b. Address:  **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   c. Telephone number:  **(213) 623-3979**
   d. **The fee** for service was: **$ 89.74**
   e. I am:

   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☑ registered California process server:
       (i) ☐ owner   ☑ employee   ☐ independent contractor.
       (ii) Registration No.:  **PSC# 6410**
       (iii) County:  **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  **8/14/2025**

_____
**Anson Howard**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶  _____
(Signature - Per CC §1633-7)