PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorney for Defendant
County of Los Angeles

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RAUL ZAVALA,

Plaintiff,

vs.

COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-06316-MCS-AGR

Honorable Mark C. Scarsi

**NOTICE OF INTERESTED PARTIES**

Complaint filed: July 10, 2025

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant County of Los Angeles herein, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

///

///

///

| PARTY | CONNECTION AND INTEREST |
|---|---|
| RAUL ZAVALA | Plaintiff |
| COUNTY OF LOS ANGELES | Defendant |

Dated: September 24, 2025

LAWRENCE BEACH ALLEN & CHOI, PC

By _____
Paul B. Beach
Attorney for Defendant
County of Los Angeles

2