**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel.: (818) 347-3333 | Fax: (818) 347-4118

**HALPERN LAW FIRM**
Loren B. Halpern (SBN 171887)
lbh@halpernlawcorp.com
28632 Roadside Dr, Ste 220
Agoura Hills, CA 91301
Tel: (818) 785-5999
Fax: (818) 609-1342

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAVALA,<br><br>         Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 2:25-cv-06316-MCS-AGR<br><br>*Dist. Judge Mark C. Scarsi*<br><br>**PLAINTFF'S UNOPPOSED REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE**<br><br>[*Proposed Order* filed concurrently herewith]<br><br>Date:     December 1, 2025<br>Time:    10:00 a.m.<br>Crtrm.:   7C |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiff hereby respectfully request that Benjamin S. Levine, who is an attorney of record for Plaintiff but is not lead trial counsel, be allowed to appear at the upcoming Scheduling Conference in this action in lieu of Plaintiff's lead trial counsel, Dale K. Galipo. The Scheduling Conference is currently scheduled for December 1, 2025, at 10:00 a.m.

Plaintiff's counsel make this request because on December 1, Mr. Galipo is currently scheduled to be on a return flight to Los Angeles from Cleveland, Ohio, where he will be visiting his mother and other family for the Thanksgiving holiday. As such, Mr. Galipo will be unable to appear for the Scheduling Conference as currently scheduled. Plaintiff's counsel acknowledge that the Court disfavors appearances of non-lead trial counsel at Scheduling Conferences and apologize for any inconvenience this request may cause.

Prior to submitting this request, Plaintiff's counsel contacted counsel for Defendant County of Los Angeles, who advised there is objection to this request.

DATED: November 24, 2025            **LAW OFFICES OF DALE K. GALIPO**

By: _____
Dale K. Galipo
Benjamin S. Levine
*Attorneys for Plaintiff*

-2-
PLAINTIFF'S UNOPPOSED REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE