UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAVALA,<br><br>              Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:25-cv-06316-MCS-AGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTFF'S UNOPPOSED REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE** |

**[PROPOSED] ORDER**

Having reviewed Plaintiff's unopposed request to appear remotely at the December 1, 2025, Scheduling Conference in this action, the Court hereby orders that Plaintiff's counsel, Benjamin S. Levine, may appear at the Scheduling Conference in lieu of lead trial counsel.

**IT IS SO ORDERED.**

DATED:                                                    UNITED STATES DISTRICT COURT


_____
Mark C. Scarsi
United States District Judge