**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL ZAVALA,<br><br>                Plaintiff,<br><br>        vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:25-cv-06316-MCS-AGR<br><br>Honorable Mark C. Scarsi<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DATES AND DEADLINES BY APPROXIMATELY 90 DAYS**<br><br>*[Stipulation and Declaration of Shawyane Emadi filed concurrently herewith]* |

**[PROPOSED] ORDER**

The Court having read and considered the parties' Stipulation to Continue Dates and Deadlines by Approximately 90 Days (the "Stipulation"), and good cause having been shown therefor, the Court hereby orders as follows:

//
//
//
//
//

1

The dates and deadlines adopted by the Court's December 2, 2025, Order Re: Jury Trial [ECF 18] shall be modified to extend the deadlines and dates by approximately 90 days, and the new deadlines and dates set forth below shall be adopted.

| DEADLINE/EVENT | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Non-Expert Discovery Cut-Off | 07/06/2026 | 10/06/2026 |
| Expert Disclosure (Initial) | 07/27/2026 | 11/06/2026 |
| Expert Disclosure (Rebuttal) | 08/17/2026 | 12/04/2026 |
| Expert Discovery Cutoff | 09/08/2026 | 12/28/2026 |
| Last Date to Hear Motions | 10/19/2026 | 02/01/2026 |
| Deadline to Complete Settlement Conference | 11/02/2026 | 02/15/2026 |
| Trial Filings (first round) | 12/21/2026 | 03/29/2026 |
| Trial Filings (second round) | 12/28/2026 | 04/05/2026 |

//
//
//
//
//
//
//

2

| Final Pretrial Conference, Hearing on Motions in Limine | 01/11/2027 at 2:00 p.m. | 04/19/2027 at 2:00 p.m. |
|---|---|---|
| Trial | 01/26/2027 at 8:30 a.m. | 05/18/2027 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Mark C. Scarsi
United States District Judge

3