**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff Raul Zavala*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAVALA,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:25-cv-06316-MCS-AGR<br><br>*Hon. Mark C. Scarsi*<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>[*Proposed Order filed concurrently herewith*] |

1

JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiff RAUL ZAVALA and Defendant COUNTY OF LOS ANGELES ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiff filed his Complaint on July 10, 2025. [Dkt. 1.] At the time of the filing of his Complaint, Plaintiff was genuinely ignorant of the names of the County of Los Angeles Sheriff's Department employees and/or individuals who are alleged to have failed to protect or provide timely medical care to Plaintiff decedent during the incident giving rise to this lawsuit. Subsequently, through discovery, Plaintiff has discovered information that the pertinent County of Los Angeles Sheriff's Department employees who are believed to have had responsibility for the protection and welfare of Plaintiff during the incident giving rise to this lawsuit include Miguel Torres, Ricardo Manriquez, Xavier J. Santos, Joey A. Pedroza IV, Kevin Jacinto, Edward Zoellner, and Alejandra Gonzalez.

2. The Parties agree that Plaintiff may file an amended complaint for the purpose of naming the foregoing individuals as individual defendants, in lieu of the current fictitiously named defendants "Does 1-8;" and identifying the alleged roles and responsibilities of these individuals as regards the incident giving rise to this lawsuit; and dismissing Plaintiff's claims for lost income.

3. A redlined copy of Plaintiff's proposed First Amended Complaint is attached hereto as "Exhibit A." A clean copy of Plaintiff's proposed First Amended Complaint is attached hereto as "Exhibit B." Given the nature of the amendments, they are too numerous to provide all page and line numbers of the proposed changes or additions here [*see* Dkt. 9 at 10]; however, for the Court's reference, changes or additions appear in the following paragraphs of the proposed First Amended Complaint: 1, 6-17,

JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

26, 28-31, 33-34, 36-38, 45-51, 53-56, 58-59, 63-66, 68-71, 73-74, 77-80, 82, 84, 87-88, 92, 95-98, 100-101, 104-106, 108, 111-115, 117, Prayer.

4. Defendant County of Los Angeles shall file a responsive pleading twenty one (21) days after the filing of the First Amended Complaint.

5. The Parties agree that Plaintiff shall have 7 days to file his First Amended Complaint after the Court grants him leave, and that the newly named Defendants shall have 21 days after service thereof to file a responsive pleading.

**IT IS SO STIPULATED**.

Dated: May 4, 2026          LAW OFFICES OF DALE K. GALIPO

                            By ___/s/ Benjamin S. Levine_____
                               DALE K. GALIPO
                               BENJAMIN S. LEVINE[1]
                               *Attorneys for Plaintiff*


Dated: May 4, 2026          LAWRENCE BEACH ALLEN & CHOI, PC

                            By ___/s/ Shawyane Emadi_____
                               PAUL B. BEACH
                               SHAWYANE EMADI
                               *Attorney for Defendant County of Los Angeles*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT