UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAUL ZAVALA,

          Plaintiffs,

    v.

COUNTY OF LOS ANGELES; and
DOES 1 through 10, inclusive,

          Defendants.

Case No. 2:25-cv-06316-MCS-AGR

**[PROPOSED] ORDER GRANTING
PLAINTIFF LEAVE TO FILE FIRST
AMENDED COMPLAINT**

1

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' stipulation is **GRANTED** and Plaintiff is granted leave to file the First Amended Complaint attached to the stipulation.

Plaintiff has seven (7) days from the date of this Order to file a First Amended Complaint. Defendants' responsive pleading shall be due twenty-one (21) days from service of the First Amended Complaint. No currently scheduled hearings will be affected by this Order or by the filing of Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:

_____
MARK C. SCARSI
United States District Judge

2