POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo, Esq. (SBN 144074)<br>Benjamin S. Levine, Esq. (SBN 342060)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Raul Zavala | |

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT**

STREET ADDRESS:   350 West First Street,

CITY AND ZIP CODE:   Los Angeles, CA, 90012

BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF/PETITIONER: RAUL ZAVALA<br>DEFENDANT/RESPONDENT: COUNTY OF LOS ANGELES; et al | CASE NUMBER:<br>2:25-cv-06316-MCS-AGR |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2587658M |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ Summons

   b. ☐ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet

   e. ☐ Cross-Complaint

   f. ☑ other *(specify documents):* **SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT; ORDER/REFERRAL TO ADR; ORDER RE: JURY TRIAL**

3. a. Party served *(specify name of party as shown on documents served):*

   **RICARDO MANRIQUEZ**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **"Doe" Marez, Deputy, authorized person to accept service of process on behalf of RICARDO MANRIQUEZ**

   **Age: 30's | Weight: 145 lbs | Hair: Black | Sex: Male | Height: 5'9" | Eyes: Dark Brown | Race: Hispanic**

4. Address where the party was served:   **441 Bauchet Street**
   **Los Angeles, CA 90012**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/14/2026**     (2) at *(time):* **1:12 PM**

   b. ☐ **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*    from *(city):*                              **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/2587658**

Plaintiff: **RAUL ZAVALA**

CASE NUMBER:

**2:25-cv-06316-MCS-AGR**

Defendant: **COUNTY OF LOS ANGELES; et al**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                          (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **RICARDO MANRIQUEZ**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)                       ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)               ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                             ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**

a. Name: **Mitch Morgan - Ace Attorney Service, Inc.**

b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

c. Telephone number: **(213) 623-3979**

d. **The fee** for service was: **$ 115.74**

e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☑ registered California process server:
(i) ☐ owner    ☑ employee    ☐ independent contractor.
(ii) Registration No.: **2023096633**
(iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/18/2026**

_____
**Mitch Morgan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶

_____
(Signature - Per CC §1633.7)