PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
SHAWYANE EMADI, State Bar No. 352292
semadi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles, Ricardo Manriquez, Kevin
Jacinto, Joey A. Pedroza IV, Xavier J. Santos

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAVALA, | Case No. 2:25-cv-06316-MCS-AGR |
| Plaintiff, | Honorable Mark C. Scarsi |
| vs. | |
| COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive, | **DEFENDANTS RICARDO MANRIQUEZ, KEVIN JACINTO, JOEY A. PEDROZA IV, AND XAVIER SANTOS' NOTICE OF INTERESTED PARTIES** |
| Defendants. | |
| | FAC filed: May 5, 2026 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants Ricardo Manriquez, Kevin Jacinto, Joey A. Pedroza IV, Xavier J. Santos herein, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

///

///

///

1

| PARTY | CONNECTION AND INTEREST |
|---|---|
| RAUL ZAVALA | Plaintiff |
| COUNTY OF LOS ANGELES | Defendant |
| RICARDO MANRIQUEZ | Defendant |
| KEVIN JACINTO | Defendant |
| JOEY A. PEDROZA IV | Defendant |
| XAVIER J. SANTOS | Defendant |
| EDWARD ZOELLNER | Defendant |
| ALEJANDRA GONZALEZ | Defendant |
| MIGUEL TORRES | Defendant |

Dated:  June 4, 2026

LAWRENCE BEACH ALLEN & CHOI, PC

By   /s/ Shawyane Emadi
         Paul B. Beach
         Shawyane Emadi
         Attorneys for Defendant
         County of Los Angeles, Ricardo
         Manriquez, Kevin Jacinto, Joey A.
         Pedroza IV, Xavier J. Santos

2