**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

RAUL ZAVALA

PLAINTIFF(S),

v.

COUNTY OF LOS ANGELES, et al.

DEFENDANT(S).

CASE NUMBER:

2:25−cv−06316−MCS−AGR

**NOTICE OF REASSIGNMENT
OF CASE DUE TO UNAVAILABILITY
OF JUDICIAL OFFICER**

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon. ___Christina T. Shay___, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: ___2:25−cv−06316−MCS(CTSx)___. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

_June 8, 2026_
Date

By: __/s/ *Rebeca D Olmos*__
Deputy Clerk