# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAVALA,<br><br>      Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES; MIGUEL TORRES; RICARDO MANRIQUEZ; XAVIER J. SANTOS; JOEY A. PEDROZA IV; KEVIN JACINTO; EDWARD ZOELLNER; ALEJANDRA GONZALEZ; and DOES 8 through 10, inclusive,<br><br>      Defendants. | Case No. 2:25-cv-06316-MCS-AGR<br><br>*Hon. Mark C. Scarsi*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY DEADLINES AND DISPOSITIVE MOTION HEARING DEADLINE ONLY BY 45 DAYS** |

1

# [PROPOSED] ORDER

The Court having read and considered the parties' Stipulation to Continue Discovery Deadlines and Dispositive Motion Hearing Deadline Only by 45 Days (the "Stipulation"), and good cause having been shown therefor, the Court hereby ORDERS that the dates and deadlines adopted by the Court's December 2, 2025, Order Re: Jury Trial [Dkt. 18] are hereby modified as follows:

| DEADLINE/EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Non-Expert Discovery Cut-Off | 07/06/2026 | 08/20/2026 |
| Expert Disclosure (Initial) | 07/27/2026 | 09/10/2026 |
| Expert Disclosure (Rebuttal) | 08/17/2026 | 10/01/2026 |
| Expert Discovery Cutoff | 09/08/2026 | 10/23/2026 |
| Last Date to Hear Motions | 10/19/2026 | 12/07/2026 |
| Deadline to Complete Settlement Conference | 11/02/2026 | NO CHANGE |
| Trial Filings (first round) | 12/21/2026 | NO CHANGE |
| Trial Filings (second round) | 12/28/2026 | NO CHANGE |
| Final Pretrial Conference, Hearing on Motions in Limine | 01/11/2027 at 2:00 p.m. | NO CHANGE |
| Trial | 01/26/2027 at 8:30 a.m. | NO CHANGE |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Mark C. Scarsi
United States District Judge

2