PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
SHAWYANE EMADI, State Bar No. 352292
semadi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles, Ricardo Manriquez, Kevin
Jacinto, Joey A. Pedroza IV, Xavier J. Santos, and
Edward Zoellner

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAVALA,<br><br>             Plaintiff,<br><br>      vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:25-cv-06316-MCS-CTSx<br><br>Honorable Mark C. Scarsi<br><br>**DEFENDANTS EDWARD ZOELLNER'S NOTICE OF INTERESTED PARTIES**<br><br>FAC filed: May 5, 2026 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant Edward Zoellner herein, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

///

///

///

1

| PARTY | CONNECTION AND INTEREST |
|---|---|
| RAUL ZAVALA | Plaintiff |
| COUNTY OF LOS ANGELES | Defendant |
| RICARDO MANRIQUEZ | Defendant |
| KEVIN JACINTO | Defendant |
| JOEY A. PEDROZA IV | Defendant |
| XAVIER J. SANTOS | Defendant |
| EDWARD ZOELLNER | Defendant |
| ALEJANDRA GONZALEZ | Defendant |
| MIGUEL TORRES | Defendant |

Dated:  July 13, 2026                LAWRENCE BEACH ALLEN & CHOI, PC


By     /s/ Shawyane Emadi                
      Paul B. Beach
      Shawyane Emadi
      Attorneys for Defendant
      County of Los Angeles, Ricardo
      Manriquez, Kevin Jacinto, Joey A.
      Pedroza IV, Xavier J. Santos and
      Edward Zoellner