**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff Raul Zavala*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAVALA, | Case No. 2:25-cv-06316-MCS-AGR |
| Plaintiff, | *Hon. Mark C. Scarsi* |
| v. | **STIPULATION REGARDING FRCP 35 EXAMINATION OF PLAINTIFF RAUL ZAVALA** |
| COUNTY OF LOS ANGELES; MIGUEL TORRES; RICARDO MANRIQUEZ; XAVIER J. SANTOS; JOEY A. PEDROZA IV; KEVIN JACINTO; EDWARD ZOELLNER; ALEJANDRA GONZALEZ; and DOES 8 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Raul Zavala and Defendants County of Los Angeles, Ricardo Manriquez, Xavier J. Santos, Joey A. Pedroza IV, and Kevin Jacinto by and through their respective attorneys of record as follows:

1. THAT counsel for the parties have met and conferred concerning Defendants' intent to pursue a neurological examination of Plaintiff Raul Zavala ("Plaintiff") pursuant to the Federal Rules of Civil Procedure, Rule 35;

/ / /

1
STIPULATION REGARDING FRCP 35 EXAMINATION OF PLAINTIFF RAUL ZAVALA

2. THAT following the meet and confer efforts by and among counsel, Plaintiff has consented, subject to the conditions detailed herein, to undergo a neurological examination on July 21, 2026, at 1:30 p.m., at 2021 Santa Monica Blvd, Suite 525E, Santa Monica, CA 90404, to be conducted by Dr. Edwin C. Amos, M.D.;

3. THAT the conditions governing the aforementioned examination of Plaintiff shall be as follows:

    a. The neurological examination shall be limited to evaluating Plaintiff's head and/or brain injuries and other physical symptoms and/or injuries Plaintiff alleges he sustained during and as a result of the subject incident. Aspects of Plaintiff's physical and medical condition unrelated to these injuries and symptoms are not proper subjects of the examination.

    b. Except for questions regarding the manner in which Plaintiff's injuries were sustained during the subject incident ("incident"), no questions will be asked regarding the facts or circumstances of the incident or the leadup thereto, or about subjects other than Plaintiff's neurological condition. Questions about Plaintiff's neurological condition will be focused on any symptoms Plaintiff experienced prior to the incident, any symptoms Plaintiff attributes to the incident, and Plaintiff's current symptoms. Plaintiff will not be questioned about prior criminal history or gang affiliation.

    c. Plaintiff will not be required or requested to answer any written questions or sign any document other than a document confirming Plaintiff's identity.

    d. The entire examination will not exceed 2 hours.

    e. Plaintiff may have an observer present (attorney or agent) during the examination, in person, by phone, or via videoconference. Observer,

STIPULATION REGARDING FRCP 35 EXAMINATION OF PLAINTIFF RAUL ZAVALA

if an attorney, may make appropriate objections related to the other limitations of the examination but will not interfere with the examination and will otherwise remain silent during the examination. Counsel for Plaintiff shall communicate whether an observer will be present (whether in-person or remotely, and identity of the same) at least 72 hours prior to the examination.  Should Plaintiff's observer intend to attend remotely, Plaintiff will be responsible for facilitating said remote appearance and any connection-related or similar issues will not affect the examination in any way. Should Plaintiff's observer attend remotely via video conference, the observer will not create any video recording during the video conference. Furthermore, regardless of method of attendance, video recording of the examination is not permitted.  The failure of any observer to appear at the designated location and time of the examination (whether in-person or remotely) will not delay or preclude the examination.

f.  The examination may be audio-recorded by either Plaintiff or Defendants, with any recording(s) to be provided to the opposing party within 21 days of the examination.

g.  All information provided by Plaintiff during the examination is deemed confidential protected material subject to the operative protective order in this case.

h.  Defendants will provide a copy of the examiner's written notes and report to Plaintiff's counsel within 30 days of the examination, exclusive of any privileged materials, privileged communications, and privileged information. If any written notes or report, or any portion thereof, is withheld on the basis of a privilege, Defendants will provide a privilege log.

STIPULATION REGARDING FRCP 35 EXAMINATION OF PLAINTIFF RAUL ZAVALA

i. Defendants will provide the results from any and all tests conducted during the examination within 30 days of the examination.

**IT IS SO STIPULATED**.

Dated: July 16, 2026          LAW OFFICES OF DALE K. GALIPO

                              By ___/s/ Benjamin S. Levine_____
                                 DALE K. GALIPO
                                 BENJAMIN S. LEVINE[1]
                                 *Attorneys for Plaintiff*


Dated: July 16, 2026          LAWRENCE BEACH ALLEN & CHOI, PC


                              By ___/s/ Shawyane Emadi_____
                                 Paul B. Beach
                                 Shawyane Emadi
                                 Attorneys for Defendants
                                 County of Los Angeles, Ricardo
                                 Manriquez, Kevin Jacinto, Joey A.
                                 Pedroza IV, Xavier J. Santos

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4

STIPULATION REGARDING FRCP 35 EXAMINATION OF PLAINTIFF RAUL ZAVALA