PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
SHAWYANE EMADI, State Bar No. 352292
semadi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles, Ricardo Manriquez, Kevin Jacinto, Joey A. Pedroza IV, Xavier J. Santos, Edward Zoellner, Alejandra Gonzalez, and Miguel Torres

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL ZAVALA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06316-MCS-CTSx<br><br>Honorable Mark C. Scarsi<br><br>**DEFENDANT MIGUEL TORRES' NOTICE OF INTERESTED PARTIES**<br><br>FAC filed: May 5, 2026 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant Miguel Torres herein, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

//

//

//

| PARTY | CONNECTION AND INTEREST |
| --- | --- |
| RAUL ZAVALA | Plaintiff |
| COUNTY OF LOS ANGELES | Defendant |
| RICARDO MANRIQUEZ | Defendant |
| KEVIN JACINTO | Defendant |
| JOEY A. PEDROZA IV | Defendant |
| XAVIER J. SANTOS | Defendant |
| EDWARD ZOELLNER | Defendant |
| ALEJANDRA GONZALEZ | Defendant |
| MIGUEL TORRES | Defendant |

Dated: August 17, 2026

LAWRENCE BEACH ALLEN & CHOI, PC

By /s/ Shawyane Emadi
Paul B. Beach
Shawyane Emadi
Attorneys for Defendants
County of Los Angeles, Ricardo Manriquez, Kevin Jacinto, Joey A. Pedroza IV, Xavier J. Santos, Edward Zoellner, Alejandra Gonzalez, and Miguel Torres