PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
SHAWYANE EMADI, State Bar No. 352292
semadi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles, Ricardo Manriquez, Kevin Jacinto, Joey A. Pedroza IV, Xavier J. Santos, Edward Zoellner, Alejandra Gonzalez, and Miguel Torres

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL ZAVALA,<br>Plaintiff,<br>vs.<br>COUNTY OF LOS ANGELES, et al.,<br>Defendants. | Case No. 2:25-cv-06316-MCS-CTSx<br>Honorable Mark C. Scarsi<br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT**<br>FAC filed: May 5, 2026 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 19, 2026, the parties and their respective counsel appeared before private mediator Richard Copeland. By the end of the proceeding, the parties reached a global settlement, contingent only upon obtaining the legally required approvals by the Claims Board and the Board of Supervisors of the County of Los Angeles. Given the necessary documents that need to be prepared, executed and approved, after notice in compliance with the

Brown Act, this process is reasonably expected to take more than six months to complete. Once approved, the parties intend to submit a stipulation for dismissal with prejudice of the entire action. Accordingly, the parties respectfully request the court vacate all dates and deadlines pending approval of the settlement.

Dated: August 26, 2026

LAWRENCE BEACH ALLEN & CHOI, PC

By /s/ Shawyane Emadi
Paul B. Beach
Shawyane Emadi[1]
Attorneys for Defendants
County of Los Angeles, Ricardo Manriquez, Kevin Jacinto, Joey A. Pedroza IV, Xavier J. Santos, Edward Zoellner, Alejandra Gonzalez, and Miguel Torres

Dated: August 26, 2026

LAW OFFICES OF DALE K. GALIPO

By /s/ Benjamin S. Levine
Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiff
Raul Zavala

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.